PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALJEET SINGH SAINI,<br><br>      Plaintiff,<br><br>  v.<br><br>USCIS, ET AL.,<br><br>      Defendant. | CASE NO. 2:24-CV-00813 TLN-DB<br><br>STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |

  The Defendants respectfully request to hold this case in temporary abeyance through April 8, 2025, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2019. USCIS has scheduled Plaintiff's asylum interview for December 9, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through April 8, 2025. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: June 18, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ PAMELA E. PRESCOTT
PAMELA E. PRESCOTT
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: June 18, 2024

Troy L. Nunley
United States District Judge